UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER C. BENEDITH,<br><br>      Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF MEDICINE METRO HEALTH CENTER, Cleveland OH; DEPARTMENT OF HEMATOLOGY/ONCOLOGY UNIVERSITY HOSPITAL, Cleveland OH; METRO HEALTH MEDICAL CENTER, Cleveland OH; UNIVERSITY HOSPITAL, Cleveland OH,<br><br>      Defendants. | 20-CV-0842 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued March 23, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

  IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 23, 2020
    New York, New York

                    _Louis L. Stanton_
                     Louis L. Stanton
                        U.S.D.J.